IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLOTTE ROGERS                                                                      PLAINTIFF

vs.                                           Civil No. 4:12-cv-04092

MICHAEL J. ASTRUE                                                                     DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Dismiss.  ECF No. 7.  Defendant filed this Motion on September 28, 2012.  ECF No. 7.  On October 2, 2012, Plaintiff filed a response to this Motion and stated she has no objections to this Motion.  ECF No. 9.  Specifically, Plaintiff stated the following: "Plaintiff has no objection to Defendant's Motion to Dismiss." *Id.*  Accordingly, this Court finds this Motion (ECF No. 7) is well-taken and is **GRANTED.**  This case is dismissed with prejudice.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 9th day of October 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE